**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ELIZABETH MAST,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:18-cv-01049** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to the Scheduling Order and Local Rule CV-88, Plaintiff Elizabeth Mast and Defendant Liberty Life Assurance Company of Boston submit this joint report on alternative dispute resolution.

1. With regard to alternative dispute resolution ("ADR"), the parties hereby advise the Court as follows:

(A) Elizabeth Mast has made a written settlement offer to Liberty and Liberty will respond to the offer.

(B) Elizabeth Mast and her counsel, Jeffrey Dahl, are responsible for settlement negotiations on behalf of Plaintiff and evaluating whether ADR resolution is appropriate.

(C) Paula McGee of Liberty and Iwana Rademaekers, Liberty's counsel, are responsible for settlement negotiations on behalf of Defendants and evaluating whether ADR resolution is appropriate.

(D) The parties intend to participate in informal settlement negotiations to see if they can resolve this case amongst themselves. In the event the Court determines that ADR is appropriate, the parties are amenable to mediating this case with William H. Lemons III, 4040 Broadway, Suite 616, San Antonio, Texas 78209 (210) 224-5079, and the parties have agreed to equally split his fee.

(E) Counsel have informed their respective clients of the ADR procedures available in this district.

2. The parties do not jointly consent to trial by a magistrate judge and do not want the case placed on the expedited docket.

Respectfully Submitted,

LAW OFFICE OF JEFFREY DAHL

By: /s/ Jeffrey E. Dahl
Jeffrey E. Dahl
State Bar No. 05310900
jdahl@erisaattorneyintexas.com

The Travis Building
405 N. St. Mary's Street, Suite 242
San Antonio, Texas 78205
(210) 527-0900
(210) 527-0901 (telecopy)

Attorneys for Plaintiff
Elizabeth Mast

LAW OFFICE OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar No. 16452560
iwana@rademaekerslaw.com

14785 Preston Road, Suite 550
Dallas, Texas 75254
(214) 579-9319
(469) 444-6456 (telecopy)

Attorneys for Defendant
Liberty Life Assurance Company of Boston

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jeffrey E. Dahl, Esq.
Email: jdahl@erisaattorneyintexas.com

| | |
|---|---|
| March 1, 2019 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |