**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ELIZABETH MAST,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. 5:18-cv-01049-FB** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

Plaintiff Elizabeth Mast files this her designation of expert witnesses as required by the Scheduling Order in this case.

**Preface**

Plaintiff anticipates that there will be no expert or fact witnesses in the trial of this matter because it is a disability benefits case brought under 29 U.S.C. §1132(a)(1)(B) of the Employee Retirement Income Security Act of 1974 (ERISA). It is expected that this matter will be decided based upon review of the claim file, in ERISA parlance the administrative record, as produced by the parties, and perhaps documentary evidence of Liberty's bias or conflict of interest. In regards to the merits of Liberty's decision to deny long-term disability benefits to Mast, the expert evidence in this case will be limited to the medical records, reports, and vocational evidence already in the administrative record.

**Designation of Testifying Experts**

In the event that the Plaintiff has some degree of success on the merits, the Plaintiff has a right to request attorney's fees under the authority of 29 U.S.C. §1132(g) of ERISA. Therefore, Plaintiff designates the undersigned Jeffrey E. Dahl as a potential testifying expert. His testimony, if permitted, will be limited to the reasonable and necessary attorney's fees incurred by Plaintiff in prosecuting this matter. Mr. Dahl is not retained or specifically employed to provide expert testimony in this case and is not the Plaintiff's employee who regularly provides testimony. Therefore no written report is required under Fed. R. Civ. P. 26(a)(2)(B).

Mr. Dahl charges $300 per hour and will testify that this is a reasonable hourly fee. Mr. Dahl will also testify as to the number of hours he worked on this case from the time suit was filed until the time of judgment. He will also provide his biographical information and experience in prosecuting ERISA cases.

Respectfully submitted,

Law Office of Jeffrey Dahl

By:*/s/ Jeffrey E. Dahl*
Jeffrey E. Dahl
State Bar No. 05310900
jdahl@erisaattorneyintexas.com
The Travis Building
405 N. St. Mary's Street, Suite 242
San Antonio, Texas 78205
(210) 527-0900
(210) 527-0901 (telecopy)

Attorney for Plaintiff
Elizabeth Mast

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Iwana Rademaekers, Esq., Law Office of Iwana Rademaekers, 14785 Preston Road, Suite 550, Dallas, Texas 75254.

*/s/ Jeffrey E. Dahl*